# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JERRI C. THOMAS, Defendant. | PO-18-05211-GF-JTJ <br><br> VIOLATION: 6531010 <br> Location Code: M23F <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $125 fine and $30 processing fee for violation 6531010 (for a total of $155), and for good cause shown,

IT IS ORDERED that the $155 fine ($125 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 6531010.

IT IS FURTHER ORDERED that the bench trial scheduled for March 7, 2019, is VACATED.

DATED this 4th day of March, 2019.

_____
John Johnston
United States Magistrate Judge